**Torina A. COLLIS, Plaintiff—Appellant,**

v.

**BANK OF AMERICA, National Association, Defendant—Appellee.**

**No. 10–1955.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Torina A. Collis, Appellant Pro Se. Elena D. Marcuss, McGuirewoods, LLP, Baltimore, Maryland, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torina A. Collis appeals the district court's order in her civil action granting in part and denying in part her motion to reopen. We have reviewed the record and conclude there is no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Collis v. Bank of Am. Nat'l Ass'n,* No. 8:06–cv–01411–PJM, 2010 WL 2892559 (D.Md. July 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*